PS 42
(Rev 7/93)

FILED BY _____ D.C.

# United States District Court

## Western District of Tennessee

05 NOV 17 AM 9:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

United States of America    )
                            )
vs                          )
                            )
Andrea D. McNeail           )    Case No. 02/05-20321-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Andrea D. McNeail, have discussed with Kevin M. Fales, Pretrial Services Officer Assistant, modification of my release conditions as follows:

1) Refrain from unlawful possession or use of a narcotic drug or other controlled substance.
2) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer.
3) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Andrea D. McNeail_  10/19/05    _K. Fales_  10/19/05
Signature of Defendant    Date    Pretrial Services Officer Assistant    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    _____
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 11/17/2005

[ ] The above modification of conditions of release is _not_ ordered.

_[signature]_    November 17, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-17-05

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20321 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT