FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 23 AM 10: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

ANDREA D. MCNEAIL                                                                 05cr20321-Ml

### ORDER ON ARRAIGNMENT

This cause came to be heard on ___11-23-05___ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___William Anderson___ who is Retained/<u>Appointed</u>.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

☑ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1030(a)(2)(B)
FRAUD ACTIVITY CONNECTED WITH COMPUTERS

Attorney assigned to Case: C. McMullen

Age: 26

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-28-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20321 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT