IN THE UNITED STATES DISTRICT COURT   FILED BY _JPW_ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 DEC 20 PM 2: 26

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>    Plaintiff, )<br><br>v. )<br><br>_Andrea McNeair_ )<br><br>_____ )<br><br>_____ )<br><br>_____ )<br><br>_____ )<br><br>    Defendant(s). ) | THOMAS M GOULD<br>CLERK, U.S. DISTRICT COURT<br>W/D OF TN. MEMPHIS<br><br>Criminal No. _05 - 2032_ Ml<br><br>**(90-Day Continuance)** |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the January, 2006, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, March 24, 2006, with trial to take place on the April, 2006, rotation calendar with the time excluded under the Speedy Trial Act through April 14, 2006. Agreed in open court at report date this 20th day of December, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-21-05_

25

SO ORDERED this 20th day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____

Assistant United States Attorney

Bill Anderson / SGS

_____

_____

_____

_____

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20321 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT