IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Cr. No. 05-20321<br>)<br>) |
| ANDREA MCNEAL,<br>    Defendant. | )<br>)<br>) |

FILED IN OPEN COURT
DATE: 7/26/06
TIME: 3:20 PM
INITIALS: JPW

## PLEA AGREEMENT

The following constitutes the Plea Agreement reached between the United States, represented by David Kustoff, United States Attorney, defense counsel, and the defendant, Ms. Andrea McNeal. The parties, represented and advised throughout by counsel, agree to the following:

1. Ms. McNeal agrees to plead guilty to Count One of the indictment. The remaining counts will be dismissed after sentencing.

2. The United States agrees to recommend the low end of the guideline range.

3. The Sentencing Guidelines, which establish the penalty range, will be computed on the total amount of relevant conduct, including any counts which the United States has agreed to dismiss at sentencing. The parties agree that the total amount of relevant conduct and any other sentencing enhancements will be determined by the sentencing court utilizing a preponderance of the evidence standard of review.

4. Any restitution ordered by the Court will be based on the total amount of relevant conduct.

5. At sentencing, the defendant will pay a special assessment of $100 for each count to which she is pleading.

6. If the defendant manifests a complete acceptance of responsibility, the United States will not oppose full acceptance of responsibility to the district court.

7. There are no agreements as to supervised release, probation, fines, or restitution. These matters are left to the discretion of the district court judge.

8. This Plea Agreement constitutes the entire agreement between the parties and the parties agree that any issues not specifically addressed by this Plea Agreement shall be resolved by the Court in accordance with the applicable statutes, guidelines, rules, and case law.

9. Any restitution and/or fines ordered by the Court shall be payable during the period of incarceration or probation.

FOR THE UNITED STATES

DAVID KUSTOFF
UNITED STATES ATTORNEY

By: _____  7-26-06
Camille R. McMullen                  Date
Assistant United States Attorney

_____  7/26/06
Bill Anderson                        Date
Defense Counsel

_____  9/26/06
~~Stephanie Lyons~~ ANDREA MCNEAL    Date
Defendant